```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 59873
   ROSETTA FOY
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-0928

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 10/15/2005 and was confirmed 02/22/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  66.85% from remaining funds.

      The case was paid in full 11/13/2008.
------------------------------------------------------------------------------
CREDITOR NAME                   CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                                    PAID            PAID
------------------------------------------------------------------------------
SMC                          UNSECURED           3130.45              .00         2092.67
CAPITAL ONE                  UNSECURED            624.80              .00          417.67
ECAST SETTLEMENT CORP        UNSECURED           4055.33              .00         2710.95
CITIBANK MTG                 CURRENT MORTG           .00              .00             .00
ROUNDUP FUNDING LLC          SECURED                 .00              .00             .00
ROUNDUP FUNDING LLC          UNSECURED OTH        550.91              .00          368.37
BANK ONE                     UNSECURED          NOT FILED             .00             .00
CBE GROUP                    UNSECURED          NOT FILED             .00             .00
CBUSASEARS                   UNSECURED          NOT FILED             .00             .00
ECAST SETTLEMENT CORP        UNSECURED           6462.08              .00         4319.84
RESURGENT CAPITAL SERVIC     UNSECURED           1512.50              .00         1011.09
CITIBANK                     UNSECURED          NOT FILED             .00             .00
CITIBANK/SEARS               UNSECURED          NOT FILED             .00             .00
DIRECT MERCHANTS BANK        UNSECURED          NOT FILED             .00             .00
FIRST CONSUMERS NATIONAL     UNSECURED          NOT FILED             .00             .00
GEMB WALMART                 UNSECURED          NOT FILED             .00             .00
HARRIS BANKCARD SERVICES     UNSECURED          NOT FILED             .00             .00
HOME DEPOT                   UNSECURED          NOT FILED             .00             .00
ECAST SETTLEMENT CORP        UNSECURED            837.14              .00          559.62
HOUSEHOLD BANK               UNSECURED          NOT FILED             .00             .00
HSBC                         UNSECURED          NOT FILED             .00             .00
ECAST SETTLEMENT CORP        UNSECURED           1616.73              .00         1080.77
MARSHALL FIELDS              UNSECURED            811.75              .00          542.65
ECAST SETTLEMENT CORP        UNSECURED           5155.90              .00         3446.67
ECAST SETTLEMENT CORP        UNSECURED            700.85              .00          468.51
SPIEGEL                      UNSECURED          NOT FILED             .00             .00
ECAST SETTLEMENT CORP        UNSECURED           1522.43              .00         1017.73
HSBC                         UNSECURED          NOT FILED             .00             .00
NEAL FELD                    DEBTOR ATTY        1,700.00                         1,700.00
TOM VAUGHN                   TRUSTEE                                             1,311.65
DEBTOR REFUND                REFUND                                                197.06


                       PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 05 B 59873 ROSETTA FOY
```

Summary of Receipts and Disbursements:

```
                             RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                      21,245.25

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                          18,036.54
ADMINISTRATIVE                                      1,700.00
TRUSTEE COMPENSATION                                1,311.65
DEBTOR REFUND                                         197.06
                             ---------------     ---------------
TOTALS                       21,245.25             21,245.25
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 02/26/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE


                            PAGE   2
       CASE NO. 05 B 59873 ROSETTA FOY